AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schall, Alvin A. | United States Court of Appeals for the Federal Circuit | 05/08/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge (Active) | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Suite 907 <br> 717 Madison Place, NW <br> Washington, DC 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (one of two) | Trust #2 |
| 2. Trustee (one of two) | Trustee #4 |
| 3. Executor (one of two) | Estate |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY -8 PM 1:38 RECEIVED FINANCIAL DISCLOSURE OFFICE

Schall_Alvin_A

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Rental of property for four and a half weeks | $4,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. New York Intellectual Property Law Association | March 28-29, 2008 | New York, NY | Federal Judiciary Dinner | Transportation, Meals, and Lodging |
| 2. Administrative Office of the United States Courts | September 10-12, 2009 | San Antonio, TX | Plans for Senior Status | Transportation, Meals, and Lodging |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sun Trust Bank | Loan-Secured by mortgage on real property owned by reporting person ▮▮▮▮ | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Abbott Laboratories, Inc. | B | Dividend | L | T | | | | | |
| 2.   Altria Group, Inc. | C | Dividend | K | T | | | | | |
| 3.   Anheuser-Busch Cos., Inc. | C | Dividend | | | | 11/18 | M | G | |
| 4.   Boeing Co. | B | Dividend | K | T | | | | | |
| 5.   Citadel Broadcasting Corp | | None | J | T | | | | | |
| 6.   Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 7.   General Electric Co. | C | Dividend | L | | | | | | |
| 8.   General Mills, Inc. | B | Dividend | K | T | | | | | |
| 9.   Home Depot, Inc. | B | Dividend | L | T | | | | | |
| 10.  Hospira, Inc. | | None | J | T | | | | | |
| 11.  Intel Corp. | C | Dividend | L | T | | | | | |
| 12.  J.P. Morgan Chase & Co. | C | Dividend | L | T | | | | | |
| 13.  Kraft Foods, Inc. | B | Dividend | K | T | | | | | |
| 14.  MBIA, Inc. | A | Dividend | J | T | | | | | |
| 15.  Minnesota Mining & Mfg. Co. | B | Dividend | L | T | | | | | |
| 16.  Motorola, Inc. | A | Dividend | J | T | | | | | |
| 17.  Pepsico, Inc. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2.500 G =$100,001 - $1,000,000 | C =$2,501 - $5.000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Philip Morris Int'l. Inc. | B | Dividend | L | T | Spinoff (from line 2) | 03/31 | L | | |
| 19. R.R. Donnelly & Sons Co. | B | Dividend | J | T | | | | | |
| 20. DWS Advisor Funds Mid-Cap Growth Fund Class S | A | Dividend | L | T | Buy (add'l) | 12/16 | J | | |
| 21. DWS International Emerging Markets Equity Fund Class S | A | Dividend | K | T | Buy (add'l) | 12/26 | J | | |
| 22. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 23. Yum Brands, Inc. | A | Dividend | K | T | | | | | |
| 24. 5.75% MD State Health Higher Edu. Fac. Bond, due 07/01/09 | B | Interest | K | T | | | | | |
| 25. 5.625% U.S. Treasury Notes, due 05/15/08 | B | Interest | | | Redeemed | 05/15 | K | | |
| 26. Capital One Bank Certificate of Deposit | B | Interest | K | T | | | | | |
| 27. Capital One Bank Certificate of Deposit | A | Interest | L | T | Buy | 11/19 | L | | |
| 28. American Express Certificate of Deposit | A | Interest | L | T | Buy | 11/19 | L | | |
| 29. Wachovia Bank Certificate of Deposit | A | Interest | K | T | Buy | 05/16 | K | | |
| 30. Scudder Cash Investment Trust | A | Interest | L | T | | | | | |
| 31. Scudder Cash Investment Trust ● | A | Interest | K | T | | | | | |
| 32. Great Horn Mining Syndicate | | None | J | U | | | | | |
| 33. Edgartown Water Co. | | None | J | U | | | | | |
| 34. Mainbocher, Inc. | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Evergreen Money Fund | A | Interest | J | T | | | | | |
| 36. TRUST #1: | | | | | | | | | |
| 37. Blackrock Funds International Bond Portfolio Fund | A | Dividend | J | T | | | | | |
| 38. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | J | T | | | | | |
| 39. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 40. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | | | | | |
| 41. Deutsche Bank Trust Co. Large Capitalization Value Fund | C | Dividend | L | T | | | | | |
| 42. 2.22% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 43. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 44. MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 45. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | Sold (part) | 06/19 | J | B | |
| 46. Cohen & Steers Realty Index Fund | A | Dividend | J | T | Sold (part) | 06/19 | J | A | |
| 47. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 48. TRUST #2: | | | | | | | | | |
| 49. American Express Co. | A | Dividend | J | T | | | | | |
| 50. BP PLC | C | Dividend | K | T | | | | | |
| 51. Kimberly Clark Corp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raytheon Co. | A | Dividend | K | T | | | | | |
| 53. R.R. Donnelly & Sons Co. | A | Dividend | K | T | | | | | |
| 54. Wyeth Co. | A | Dividend | K | T | | | | | |
| 55. Deutsche Bank Trust Co. Capital Growth Fund | C | Dividend | M | T | | | | | |
| 56. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | | | Sold (part) | 02/15 | J | Loss | |
| 57. | | | | | Sold | 06/30 | J | Loss | |
| 58. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 59. Deutsche Bank Trust Co. International Fund | B | Dividend | K | T | | | | | |
| 60. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 61. TRUST #3: | | | | | | | | | |
| 62. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | J | T | | | | | |
| 63. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 64. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | | | | | |
| 65. Deutsche Bank Trust Co. Large Capitalization Value Fund | C | Dividend | L | T | | | | | |
| 66. 2.22% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 67. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 68. MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | Sold (part) | 04/16 | J | C | |
| 70. Cohen & Steers Realty Index Fund | A | Dividend | J | T | | | | | |
| 71. Blackrock Funds International Bond Portfolio Fund | A | Dividend | | | Sold | 04/16 | J | A | |
| 72. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 73. TRUST #4: | | | | | | | | | |
| 74. American Express Co. | A | Dividend | J | T | Sold (part) | 10/29 | J | C | |
| 75. BP PLC | C | Dividend | K | T | Sold (part) | 10/29 | K | E | |
| 76. General Electric Co. | C | Dividend | K | T | Sold (part) | 10/29 | J | D | |
| 77. Merck & Co., Inc. | B | Dividend | K | T | | | | | |
| 78. Procter & Gamble Co. | B | Dividend | K | T | Sold (part) | 10/29 | J | D | |
| 79. Deutsche Bank Trust Co. International Fund | C | Dividend | K | T | Sold (part) | 10/29 | K | Loss | |
| 80. Deutsche Bank Trust Co. Taxable Income Fund | E | Dividend | N | T | Sold (part) | 10/29 | L | Loss | |
| 81. DWS High Income Fund-Insured | B | Dividend | K | T | Buy | 11/07 | K | | |
| 82. I Shares U.S. Treasury Inflation Protected Securities Fund | A | Dividend | K | T | Buy | 11/07 | J | | |
| 83. PIMCO Developing Local Markets Fund | A | Dividend | K | T | Buy | 11/07 | K | | |
| 84. Eaton Vance Structured Emerging Markets Fund | A | Dividend | J | T | Buy | 10/31 | K | | |
| 85. Deutsche Bank Trust Co. Large Capitalization Value Fund | B | Dividend | L | T | Buy | 10/31 | L | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. I Path Dow Jones AIG Commodity Index Total Return Fund | A | Dividend | J | T | Buy | 10/31 | J | | |
| 87. DWS Reef Global Real Estate Secured Fund | A | Dividend | J | T | Buy | 10/31 | J | | |
| 88. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | K | T | | | | | |
| 89. ESTATE (Opened 10/31/08) | | | | | | | | | |
| 90. Dreyfus Municipal Bond Fund Admiral Shares Fund | D | Dividend | P1 | T | | | | | |
| 91. J.P. Morgan Intermediate Tax-Free Bond Fund - Select | D | Dividend | O | T | Buy (add'l) | 10/31 | J | | |
| 92. | | | | | Buy (add'l) | 11/28 | J | | |
| 93. | | | | | Buy (add'l) | 12/31 | J | | |
| 94. Vanguard Long-Term Tax-Exempt Fund No. 43 | A | Dividend | J | T | Buy (add'l) | 10/31 | J | | |
| 95. | | | | | Buy (add'l) | 11/28 | J | | |
| 96. | | | | | Buy (add'l) | 12/20 | J | | |
| 97. | | | | | Buy (add'l) | 12/31 | J | | |
| 98. Vanguard Short-Term Tax-Exempt Admiral Shares Fund No. 541 | A | Dividend | M | T | Buy (add'l) | 10/31 | J | | |
| 99. | | | | | Buy (add'l) | 11/28 | J | | |
| 100. | | | | | Buy (add'l) | 12/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/31 | J | | |
| 102. Vanguard Interm.-Term Tax-Exempt Admiral Shares Fund No.542 | A | Dividend | M | T | Buy (add'l) | 10/31 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/28 | J | | |
| 104. | | | | | Buy (add'l) | 12/20 | J | | |
| 105. | | | | | Buy (add'l) | 12/31 | J | | |
| 106. Williams, 79 Associates (Real Estate Partnership) | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1.  Items 1-19, 22, 23, 32-34, 49-54 and 74-78 are common stock holdings.

2.  Items 20, 21, 37, 43-46, 67-71, 81-84, 86, 87, 90, 91, 94, 98 and 102 are mutual funds.

3.  Items 26-29 are certificates of deposit.

4.  Items 35, 47, 60, 72 and 88 are in the nature of money markets accounts.

5.  Item 24 is a state bond.

6.  Items 25, 42, and 66 are United States Treasury Notes.

7.  Items 30 and 31 are Individual Retirement Accounts in the form of money markets accounts.

8.  Items 38, 40, 41, 55, 56, 59, 62, 64, 65, 79 and 85 are commingled common stock trust funds managed by Deutsche Bank Trust Co.

9.  Items 39, 58 and 63 are commingled tax-free securities trust funds managed by Deutsche Bank Trust Co.

10. Item 80 is a commingled debt securities trust fund managed by Deutsche Bank Trust Co.

11. Item 106 is real estate partnership.

12. Items 38, 56, 62 (Deutsche Bank Trust Co. U.S. Small Capitalization Fund) was formerly Deutsche Bank Trust Co. Special Opportunity Fund.

13. Items 41, 65, 85 (Deutsche Bank Trust Co. Large Capitalization Value Fund) was formerly Deutsche Bank Trust Co. Capital Income Fund.

14. Item 80 (Deutsche Bank Trust Co. Taxable Income Fund) was formerly Deutsche Bank Trust Co. Maximum Income Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/08/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544